**SO ORDERED.**

**SIGNED this 16 day of February, 2023.**



_____
**Austin E. Carter
United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER    13 |
| DARRELL L. MORRIS | CASE NO.    20-51598-AEC |
| DEBTOR. | JUDGE    AUSTIN E. CARTER |
| U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE FOR RMTP TRUST, SERIES 2021 BKM-TT-V                    MOVANT, | |
| V. | **CONTESTED MATTER** |
| DARRELL L. MORRIS            DEBTOR, | |
| CAMILLE HOPE            TRUSTEE,            RESPONDENTS. | |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter came before the Court for hearing on February 8, 2023, upon the Motion for Relief from Stay filed by U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V ("Movant") to modify the stay of 11 U.S.C. §362 (a).

At the hearing on the motion, there was no opposition to the relief sought in the motion by the Debtor's attorney, Trustee or other party in interest.

**THEREFORE, IT IS ORDERED THAT:**

1. The Motion for Relief from Automatic Stay is **GRANTED**.

2. The automatic stay of 11 U.S.C. § 362(a) is terminated as to Movant's interest in the following real property commonly known as 5021 Soldad Court, Macon, Georgia 31210, as more fully described in the Motion and Exhibits (the "Property").

3. Movant may take all steps necessary to exercise all rights it may have in the Property under its Security Deed and applicable non-bankruptcy law, including foreclosure and actions to obtain possession of the Property.

4. If a foreclosure occurs, and there are any proceeds remain from the foreclosure sale after application to Movant's lawful indebtedness, fees and foreclosure costs, then Movant or its counsel shall promptly forward such excess proceeds that would otherwise be payable to the Debtor to the Trustee while the Debtor remains in bankruptcy.

5. Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is **GRANTED**.

**SO ORDERED.**

**[END OF DOCUMENT]**

Prepared and Presented by:

/s/ Laura A. Grifka
Laura A. Grifka (GBN 312055)
Attorney for Movant
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Atlanta, GA 30092
Telephone: (404) 474-7149
E-mail: lgrifka@mtglaw.com